# Exhibit A



search  **GO**

# West Virginia Operations - Institute Manufacturing Site

**About West Virginia Operations**

 Fast Facts

 Our Sites

  Institute Manufacturing Site

  South Charleston Manufacturing Site

  South Charleston Technology Park

 What We Do

 Our History

 Dow in the Community

 About Our State

**Investment Opportunities**

**News Center**

**Dow in the Community**

**Contact Us**

**West Virginia Operations Home**

### History

The Institute Site was originally built in 1943 as a government facility for production of synthetic rubber for the war effort. In 1947 Union Carbide purchased the plant from the government to produce commodity-type products. Over the years, the make-up of the plant has changed from production of commodity chemicals to specialty chemicals.



In December 1986, the plant was sold to a French chemical manufacturer, Rhone-Poulenc. Rhone-Poulenc became Aventis CropScience in January 2000 and then became Bayer CropScience in 2002. Union Carbide Corporation repurchased the site from Bayer CropScience, effective April 1, 2015. Union Carbide became a wholly owned subsidiary of The Dow Chemical Company in 2001.

### Facility

Union Carbide facilities at the Institute Site produce about 500 million pounds of specialty chemical products annually. Nearly all of the site's units are ISO-9002 or equivalent registered.

### Plant Products and Applications

Union Carbide produces a variety of products at the Institute Site that are used in consumer products including shampoo, contact lens products, paint, pharmaceuticals, liquid detergent, all purpose cleaners, sinus tablets, antifreeze, hair spray and nail polish remover.

**Union Carbide Home** : **Locations** : West Virginia Operations Home : About West Virginia Operations : Our Sites : Institute Manufacturing Site

Dow Home  Privacy Statement  Terms of Use  Accessibility Statement  Site Map

Copyright © The Dow Chemical Company (1995-2017). All Rights Reserved.
®™* Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow