# EXHIBIT B



Figure 10
Distribution of 1,4-Dioxane in Deep Groundwater
Eastern Property Boundary RCRA Corrective Action Investigation – Phase II through V
Union Carbide Corporation Institute Facility
Institute, West Virginia