# EXHIBIT C

# Population Surrounding 3,720 RCRA Corrective Action Sites

(Population data is from 2009-2013 ACS 5 year estimates, sites are as of FY 2013.)

## September 2015

RCRA sites exist in thousands of communities across the United States ranging from remote to large urban settings.  Many of them are located in economically distressed communities.

To help describe who benefits from our RCRA Corrective Action (CA) Program cleanup work, EPA collected data on the population living within 3 and 1 mile(s) of RCRA CA sites.



RCRA C

## Population within 3 Miles of Sites:

The 3-mile area surrounding sites was used because it is a good representation of the geographic area where people in a community live most of their lives – where they shop, work, go to school, go to restaurants, and participate in outdoor activities. Using census data, EPA found that approximately **108 million people** live within 3 miles of a RCRA CA site, roughly **35% of the U.S. population**, including **36% of all children in the U.S. under the age of five.**

## Population within 1 Mile of Sites:

Using the same census data, EPA found that approximately **28 million people** live within 1 mile of a RCRA CA site, roughly **9% of the U.S. population**.

## Demographics of Near-Site Population:

While there is no single way to characterize communities located near our sites, this population is more minority, low income, linguistically isolated, and less likely to have a high school education than the U.S. population as a whole (see Table 1).  As a result, these communities may have fewer resources with which to address concerns about their health and environment.

| | Population within 1 mile of All Sites | Population within 3 miles of All Sites | U.S. Population |
|---|---|---|---|
| **TABLE 1: Key Demographics of the Total RCRA CA Near-Site Population and the Total U.S. Population** | | | |
| **Minority** | 47% | 46% | 37% |
| **Below poverty level** | 18% | 16% | 14% |
| **Linguistically isolated** | 12% | 12% | 9% |
| **Less than a High School Education** | 17% | 16% | 14% |

**TABLE 2:** **Detailed Data on the Population within 1 and 3 miles of RCRA Corrective Action Sites**

Below are data on the demographic characteristics of the population surrounding RCRA CA sites. The table indicates whether certain population demographics near sites are above (in **bold**) or below (in *italics*) the U.S. average.

| Demographics | Population Within 1 Mile Of Sites (Approximate) | | Population Within 3 Miles Of Sites (Approximate) | | U.S. Population (Approximate) | |
|---|---|---|---|---|---|---|
| **Race** | | | | | | |
| White | *66.3%* | 18,343,137 | *66.6%* | 71,805,850 | 74.0% | 230,592,579 |
| Black | **16.6%** | 4,590,782 | **16.2%** | 17,463,125 | 12.6% | 39,167,010 |
| Asian | **6.0%** | 1,663,277 | **6.7%** | 7,188,382 | 4.9% | 15,231,962 |
| Native American | *0.6%* | 168,237 | *0.6%* | 593,717 | 0.8% | 2,540,309 |
| Hawaiian/Pacific Islander | 0.2% | 63,057 | 0.2% | 206,735 | 0.2% | 526,347 |
| Other | **10.3%** | 2,852,024 | **9.8%** | 10,591,232 | 7.5% | 23,478,387 |
| **Ethnicity** | | | | | | |
| Hispanic (any race) | **21.7%** | 6,000,547 | **20.6%** | 22,182,312 | 16.6% | 51,786,591 |
| Non-Hispanic (any race) | *78.3%* | 21,679,967 | *79.4%* | 85,666,729 | 83.4% | 259,750,003 |
| **Minority** | | | | | | |
| Minority (Includes all race & ethnicity categories except "non-Hispanic white") | **47.0%** | 13,001,040 | **45.9%** | 49,501,109 | 36.7% | 114,486,176 |
| **Income** | | | | | | |
| Households below the poverty level | **18.2%** | 1,869,605 | **16.2%** | 6,526,296 | 14.2% | 16,415,984 |
| Households with a ratio of income to poverty level of two and over | *58.6%* | 15,617,929 | *62.5%* | 65,531,022 | 65.8% | 199,727,639 |
| **Education** | | | | | | |
| Less than a high school education | **16.9%** | 2,993,188 | **15.6%** | 10,977,414 | 14.0% | 28,887,721 |
| **Linguistically isolated** | | | | | | |
| Linguistically isolated | **11.5%** | 2,964,641 | **11.5%** | 11,582,150 | 8.6% | 25,148,900 |
| **Age** | | | | | | |
| Under 5 years of age | **7.0%** | 1,939,887 | **6.7%** | 7,220,756 | 6.4% | 20,052,112 |
| Under 18 years of age | 23.7% | 6,557,536 | *23.4%* | 25,183,063 | 23.7% | 73,877,478 |
| Over 64 years of age | *11.6%* | 3,206,364 | *12.3%* | 13,280,220 | 13.4% | 41,851,042 |
| **Total Population** | | 27,680,514 | | 107,849,041 | | 311,536,594 |

## Methodology:

- A circular site boundary, equal to the site acreage, was modeled around the latitude/longitude for each site and then a **3 or 1 mile** buffer ring was placed around the site boundary. American Community Survey (ACS) 2009-2013 census data was then identified for each block group with a centroid that fell within the **3 or 1 mile** area.

- Data collected includes: (1) RCRA site information as of the end of FY2013; and (2) ACS 2009-2013 census data. Site data from FY2013 was chosen to correspond most closely to the census data in the 2009-2013 ACS.  In FY2013 this included 3,720 RCRA sites in the 50 U.S. states with accurate locational data.

## IMPORTANT Caveats:

- Data collected represent a <u>national look</u> at the characteristics of the population in communities surrounding our sites. While some of the data point to possible Environmental Justice (EJ) characteristics of the population, this is not an EJ analysis.

- Proximity to a site does not necessarily represent risk of adverse health effects. The risk of exposure to contamination <u>varies significantly</u> across all sites.

- Data are a snapshot in time only, the site and population information will change over time (can be updated every year when new census data comes out and compared over time in 5-year intervals).

- Used best available information, but data collected are estimates only, for the following reasons:
  - ❖ Used a single latitude/longitude location to model site boundaries based on acreage, not the actual site boundaries.
  - ❖ Used centroid points of the census block groups which under-estimates the population in some cases, and over-estimates in others.

## Footnote to Use When Citing Data (Includes Methodology):

[1]U.S. EPA, Office of Solid Waste and Emergency Response Estimate. 2015. Data collected includes: (1) RCRA site information as of the end of FY2013; and (2) 2009-2013 American Community Survey (ACS) census data. Site data from FY2013 was chosen to correspond most closely to the census data in the 2009-2013 ACS.  In FY2013, this included 3,720 RCRA Corrective Action sites in the 50 U.S. states with accurate location data.  A circular site boundary, equal to the site acreage, was modeled around the latitude/longitude for each site and then a *3 or 1 mile buffer ring* was placed around the site boundary ***[NOTE: use buffer ring that corresponds with the population numbers cited].*** Census data was then identified for each block group with a centroid that fell within the **3 or 1 mile** area.