# EXHIBIT D

# National Institute of Food and Agriculture

nifa.usda.gov/land-grant-colleges-and-universities

## Land-Grant Colleges and Universities

Learn about the partners who collaborate with NIFA to address critical issues related to agriculture, food, the environment, and communities.

| State, District or Territory | Name of Institution |
|---|---|
| **ALABAMA** | Alabama A&M University, Normal<br>Auburn University, Auburn<br>Tuskegee University, Tuskegee |
| **ALASKA** | Ilisagvik College, Barrow<br>University of Alaska, Fairbanks |
| **AMERICAN SAMOA** | American Samoa Community College, Pago Pago |
| **ARIZONA** | Diné College, Tsaile<br>University of Arizona, Tuscon<br>Tohono O'odham Community College, Sells |
| **ARKANSAS** | University of Arkansas, Fayetteville<br>University of Arkansas at Pine Bluff, Pine Bluff |
| **CALIFORNIA** | D-Q University, (Davis vicinity)<br>University of California System-Oakland as Headquarters, Oakland |
| **COLORADO** | Colorado State University, Fort Collins |
| **CONNECTICUT** | University of Connecticut, Storrs |
| **DELAWARE** | Delaware State University, Dover<br>University of Delaware, Newark |
| **DISTRICT OF COLUMBIA** | University of the District of Columbia, Washington |
| **FLORIDA** | Florida A&M University, Tallahassee<br>University of Florida, Gainesville |
| **GEORGIA** | Fort Valley State University, Fort Valley<br>University of Georgia, Athens |
| **GUAM** | University of Guam, Mangilao |
| **HAWAII** | University of Hawaii, Honolulu |
| **IDAHO** | University of Idaho, Moscow |
| **ILLINOIS** | University of Illinois, Urbana |
| **INDIANA** | Purdue University, West Lafayette |

| State, District or Territory | Name of Institution |
|---|---|
| **IOWA** | Iowa State University, Ames |
| **KANSAS** | Haskell Indian Nations University, Lawrence |
| **KENTUCKY** | Kentucky State University, Manhattan |
| **LOUISIANA** | Louisiana State University, Baton Rouge<br>Southern University and A&M College, Baton Rouge |
| **MAINE** | University of Maine, Orono |
| **MARYLAND** | University of Maryland, College Park<br>University of Maryland Eastern Shore, Princess Anne |
| **MASSACHUSETTS** | University of Massachusetts, Amherst |
| **MICHIGAN** | Bay Mills Community College, Brimely<br>Keweenaw Bay Ojibwa Community College, Baraga<br>Michigan State University, East Lansing<br>Saginaw Chippewa Tribal College, Mount Pleasant |
| **MICRONESIA** | College of Micronesia, Kolonia, Pohnpei |
| **MINNESOTA** | Fond du Lac Tribal & Community College, Cloquet<br>Leech Lake Tribal College, Cass Lake<br>University of Minnesota, St. Paul<br>White Earth Tribal and Community College, Mahnomen |
| **MISSISSIPPI** | Alcorn State University, Lorman<br>Mississippi State University, Starkville |
| **MISSOURI** | Lincoln University, Jefferson City<br>University of Missouri, Columbia |
| **MONTANA** | Blackfeet Community College, Browning<br>Chief Dull Knife College, Lame Deer<br>Aaniiih Nakoda College, Harlem<br>Fort Peck Community College, Poplar<br>Little Big Horn College, Crow Agency<br>Montana State University, Bozeman<br>Salish Kootenai College, Pablo<br>Stone Child College, Box Elder |
| **NEBRASKA** | Little Priest Tribal College, Winnebago<br>Nebraska Indian Community College, Winnebago<br>University of Nebraska, Lincoln |
| **NEVADA** | University of Nevada, Reno |
| **NEW HAMPSHIRE** | University of New Hampshire, Durham |
| **NEW JERSEY** | Rutgers University, New Brunswick |

| State, District or Territory | Name of Institution |
|---|---|
| **NEW MEXICO** | Navajo Technical College, Crownpoint<br>Institute of American Indian and Alaska Native Culture and Arts Development, Santa Fe<br>New Mexico State University, Las Cruces<br>Southwestern Indian Polytechnic Institute, Albuquerque |
| **NEW YORK** | Cornell University, Ithaca |
| **NORTH CAROLINA** | North Carolina A&T State University, Greensboro<br>North Carolina State University, Raleigh |
| **NORTH DAKOTA** | Fort Berthold Community College, New Town<br>Cankdeska Cikana Community College, Fort Totten<br>North Dakota State University, Fargo<br>Sitting Bull College, Fort Yates<br>Turtle Mountain Community College, Belcourt<br>United Tribes Technical College, Bismarck |
| **NORTHERN MARIANAS** | Northern Marianas College, Saipan |
| **OHIO** | Central State University, Wilberforce<br>Ohio State University, Columbus |
| **OKLAHOMA** | College of the Muscogee Nation, Okmulgee<br>Langston University, Langston<br>Oklahoma State University, Stillwater |
| **OREGON** | Oregon State University, Corvallis |
| **PENNSYLVANIA** | Pennsylvania State University, University Park |
| **PUERTO RICO** | University of Puerto Rico, Mayaguez |
| **RHODE ISLAND** | University of Rhode Island, Kingston |
| **SOUTH CAROLINA** | Clemson University, Clemson<br>South Carolina State University, Orangeburg |
| **SOUTH DAKOTA** | Oglala Lakota College, Kyle<br>Si Tanka/Huron University, Eagle Butte<br>Sinte Glaska University, Rosebud<br>Sisseton Wahpeton Community College, Sisseton<br>South Dakota State University, Brookings |
| **TENNESSEE** | Tennessee State University, Nashville<br>University of Tennessee, Knoxville |
| **TEXAS** | Prairie View A&M University, Prairie View<br>Texas A&M University, College Station |
| **UTAH** | Utah State University, Logan |
| **VERMONT** | University of Vermont, Burlington |
| **VIRGIN ISLANDS** | University of the Virgin Islands, St. Croix |

| State, District or Territory | Name of Institution |
|---|---|
| **VIRGINIA** | Virginia Tech, Blacksburg<br>Virginia State University, Petersburg |
| **WASHINGTON** | Northwest Indian College, Bellingham<br>Washington State University, Pullman |
| **WEST VIRGINIA** | West Virginia State University, Institute<br>West Virginia University, Morgantown |
| **WISCONSIN** | College of Menominee Nation, Keshena<br>Lac Courte Oreilles Ojibwa Community College, Hayward<br>University of Wisconsin, Madison |
| **WYOMING** | University of Wyoming, Laramie |