# EXHIBIT E
# PART 4

## COUNCIL FOR C&T COLLEGE EDUCATION
## PIERPONT COMMUNITY AND TECHNICAL COLLEGE
### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8842 | 2017 | 0446 |
| | Federal | State | Local |
| Matching Formula | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $88,901 | $100,000 | $100,000 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## PIERPONT COMMUNITY AND TECHNICAL COLLEGE
### NEW GRANT FUNDS

**Description:**

Pierpont Community and Technical College will be applying for new federal grants for 2015 and 2016.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8842 | 2017 | 0446 |
| | Federal | State | Local |
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| N/A | $0 | $1,099,000 | $500,000 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## BLUE RIDGE COMMUNITY AND TECHNICAL COLLEGE
### BRIDGING THE GAP

**Description:**

Funds to expand and improve the delivery of education and career training programs that can be completed in two years or less, are suited for workers who are eligible for training under the Trade Adjustment Assistance for Workers program, and prepare program participants for employment in high-wage, high-skill occupations.

**Grantor:** U.S. Department of Labor

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8875 | 2017 | 0447 |
| | Federal | State | Local |
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 17.282 | $634,443 | $2,000,000 | $376,047 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## BLUE RIDGE COMMUNITY AND TECHNICAL COLLEGE
### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8875 | 2017 | 0447 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $43,445 | $60,079 | $60,079 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## BLUE RIDGE COMMUNITY AND TECHNICAL COLLEGE
### HEROES FOR HIRE

**Description:**

A consortium of institutions from the West Virginia Community and Technical College System (Mountwest, Blue Ridge, and Southern) was awarded a multi-million dollar grant from the U.S. Department of Labor as part of its Trade Adjustment Assistance (TAA) Community College and Career Training program for the Heroes for Hire project in a commitment to serving the educational needs of TAA and TAA-like individuals and military service members and veterans.

**Grantor:**  U.S. Department of Labor

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8875 | 2017 | 0447 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 17.282 | $225,366 | $678,366 | $616,591 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## WEST VIRGINIA UNIVERSITY AT PARKERSBURG
### BRIDGING THE GAP

**Description:**

Funds to expand and improve the delivery of education and career training programs that can be completed in two years or less, are suited for workers who are eligible for training under the Trade Adjustment Assistance for Workers program, and prepare program participants for employment in high-wage, high-skill occupations.

**Grantor:**  U.S. Department of Labor

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8762 | 2017 | 0464 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 17.282 | $566,596 | $3,556,600 | $1,000,000 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## WEST VIRGINIA UNIVERSITY AT PARKERSBURG
### CCAMPIS

**Description:**

The Child Care Access Means Parents In School (CCAMPIS) program supports the participation of low income parents in postsecondary education through the provision of campus-based childcare services.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8762 | 2017 | 0464 |

| | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.335A | $29,382 | $0 | $0 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## WEST VIRGINIA UNIVERSITY AT PARKERSBURG
### MID ATLANTIC TOURS GRANT

**Description:**

Funds in support of the Distinguished Performance Series.

**Grantor:**  National Endowment of the Arts

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8762 | 2017 | 0464 |

| | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 45.025 | $3,300 | $3,400 | $3,400 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## SOUTHERN WEST VIRGINIA COMMUNITY AND TECHNICAL
### BRIDGING THE GAP

**Description:**

Funds to expand and improve the delivery of education and career training programs that can be completed in two years or less, are suited for workers who are eligible for training under the Trade Adjustment Assistance for Workers program, and prepare program participants for employment in high-wage, high-skill occupations.

**Grantor:**  U.S. Department of Labor

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8772 | 2017 | 0487 |

| | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 17.282 | $732,628 | $2,579,223 | $1,021,735 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## SOUTHERN WEST VIRGINIA COMMUNITY AND TECHNICAL
### DEVELOPING COMPREHENSIVE PATHWAYS AND PRGMS IN COAL MINING

**Description:**

To provide a comprehensive academic program providing multiple career pathways within the coal mining industry.

**Grantor:**  National Science Foundation

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8772 | 2017 | 0487 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 47.076 | $187,383 | $642,976 | $0 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## SOUTHERN WEST VIRGINIA COMMUNITY AND TECHNICAL
### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8772 | 2017 | 0487 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $59,581 | $100,000 | $50,000 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## SOUTHERN WEST VIRGINIA COMMUNITY AND TECHNICAL
### HIGHER EDUCATION INSTITUTIONAL AID TITLE III

**Description:**

To provide additional institutional aid by providing classrooms upgrades.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8772 | 2017 | 0487 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.031 | $146,996 | $0 | $0 |

**COUNCIL FOR C&T COLLEGE EDUCATION**
**SOUTHERN WEST VIRGINIA COMMUNITY AND TECHNICAL**
### STUDENT SUPPORT SERVICES

**Description:**

Student Support Services is designed to increase retention and graduation rates for participating students and to increase transfer rates to four-year institutions.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8772 | 2017 | 0487 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.042 | $224,723 | $41,949 | $0 |


**COUNCIL FOR C&T COLLEGE EDUCATION**
**WEST VIRGINIA NORTHERN COMMUNITY AND TECHNICAL COLLEGE**
### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8774 | 2017 | 0489 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $47,085 | $61,118 | $61,118 |


**COUNCIL FOR C&T COLLEGE EDUCATION**
**WEST VIRGINIA NORTHERN COMMUNITY AND TECHNICAL COLLEGE**
### TITLE III

**Description:**

These funds are to be used to increase student success outcomes and enhance retention for students enrolled in transitional education courses.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8774 | 2017 | 0489 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.031A | $296,643 | $445,043 | $0 |

## COUNCIL FOR C&T COLLEGE EDUCATION
## EASTERN WEST VIRGINIA COMMUNITY AND TECHNICAL COLLEGE
### BRIDGING THE GAP

**Description:**

Funds to expand and improve the delivery of education and career training programs that can be completed in two years or less, are suited for workers who are eligible for training under the Trade Adjustment Assistance for Workers program, and prepare program participants for employment in high-wage, high-skill occupations.

**Grantor:**  U.S. Department of Labor

**Is "Maintenance of Effort" required?** No

|                         | Fund | Fiscal Year | Organization |
|-------------------------|------|-------------|--------------|
| **Financial Information** | 8840 | 2017 | 0492 |

|                      | Federal | State | Local |
|----------------------|---------|-------|-------|
| **Matching Formula** | 100%    | 0%    | 0%    |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 17.282 | $203,887 | $688,053 | $304,033 |


## COUNCIL FOR C&T COLLEGE EDUCATION
## EASTERN WEST VIRGINIA COMMUNITY AND TECHNICAL COLLEGE
### DISTANCE LEARNING AND TELEMEDICINE GRANT

**Description:**

Funds to expand the delivery of distance learning offerings to high schools in the region for college level courses and workforce development programs.

**Grantor:**  U.S. Department of Agriculture - Rural Utilities Service

**Is "Maintenance of Effort" required?** No

|                         | Fund | Fiscal Year | Organization |
|-------------------------|------|-------------|--------------|
| **Financial Information** | 8840 | 2017 | 0492 |

|                      | Federal | State | Local |
|----------------------|---------|-------|-------|
| **Matching Formula** | 100%    | 0%    | 0%    |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 10.855 | $215,619 | $0 | $0 |


## COUNCIL FOR C&T COLLEGE EDUCATION
## BRIDGEVALLEY COMMUNITY AND TECHNICAL COLLEGE
### BRIDGING THE GAP

**Description:**

Funds to expand and improve the delivery of education and career training programs that can be completed in two years or less, are suited for workers who are eligible for training under the Trade Adjustment Assistance for Workers program, and prepare program participants for employment in high-wage, high-skill occupations.

**Grantor:**  U.S. Department of Labor

**Is "Maintenance of Effort" required?** No

|                         | Fund | Fiscal Year | Organization |
|-------------------------|------|-------------|--------------|
| **Financial Information** | 8782 | 2017 | 0493 |

|                      | Federal | State | Local |
|----------------------|---------|-------|-------|
| **Matching Formula** | 100%    | 0%    | 0%    |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 17.282 | $2,442,353 | $3,328,647 | $3,328,647 |

State of West Virginia - FY 2017 Federal Programs                                                                154

**COUNCIL FOR C&T COLLEGE EDUCATION**
**BRIDGEVALLEY COMMUNITY AND TECHNICAL COLLEGE**
## FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college.  A financial need must be shown by each student before aid is awarded.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8782 | 2017 | 0493 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $70,240 | $65,000 | $65,000 |

**COUNCIL FOR C&T COLLEGE EDUCATION**
**BRIDGEVALLEY COMMUNITY AND TECHNICAL COLLEGE**
## MULTI-STATE ADVANCED MANUFACTURING CONSORTIUM

**Description:**

The Multi-State Advanced Manufacturing Consortium supports the national development of competency-based education curriculum to meet the needs of the manufacturing industry.

**Grantor:**  U.S. Department of Labor

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8782 | 2017 | 0493 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 17.282 | $83,461 | $89,000 | $0 |

**COUNCIL FOR C&T COLLEGE EDUCATION**
**BRIDGEVALLEY COMMUNITY AND TECHNICAL COLLEGE**
## STEM SCHOLARS

**Description:**

The program seeks to increase the success of low-income academically talented students with demonstrated financial need who are pursuing degrees in science, technology, engineering, and mathematics (STEM).

**Grantor:**  National Science Foundation

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8782 | 2017 | 0493 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 47.076 | $48,663 | $100,000 | $100,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**HIGHER EDUCATION POLICY COMMISSION - ADMINISTRATION**
**ALLIED HEALTH FACILITY**

**Description:**

To partially fund the construction of an allied health facility.

**Grantor:**  U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8839 | 2017 | 0441 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 93.887 | $1,562,064 | $424,979 | $0 |

**HIGHER EDUCATION POLICY COMMISSION**
**HIGHER EDUCATION POLICY COMMISSION - ADMINISTRATION**
**COLLEGE ACCESS CHALLENGE GRANT PROGRAM**

**Description:**

This is an effort to enhance college access opportunities for all West Virginians. The WV HEPC will establish a broad-based college access and marketing system that will be based on the development and implementation of a college access web portal. This integrated system will be designed to provide students and families with a single source of information about preparing for and financing a college education including the college search, selection and application processes, test preparation, transcript management, scholarship search, financial aid applications including FASFAs, campus tours, college savings plans, careers and other related services.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** Yes

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8839 | 2017 | 0441 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 50% | 50% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.378 | $890,700 | $1,300,000 | $1,300,000 |

**Comments:**

For any academic year beginning on or after July 1, 2008, states are required to: (1) provide for public institutions of higher education an amount which is equal to or greater than the average amount provided for noncapital and nondirect research and development expenses or costs by the state to such institutions during the five most recent preceding academic years, and (2) provide for private institutions of higher education an amount which is equal to or greater than the average amount provided for student financial aid for paying costs associated with postsecondary education by the state to such institutions during the five most recent preceding academic years.

## HIGHER EDUCATION POLICY COMMISSION
## HIGHER EDUCATION POLICY COMMISSION - ADMINISTRATION
### INVESTMENTS FOR PUBLIC WORKS AND ECONOMIC DEVELOPMENT

**Description:**

Funding to make renovations to a research lab building at the West Virginia Regional Technology Park.

**Grantor:** U.S. Department of Commerce

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8839 | 2017 | 0441 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 50% | 50% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 11.300 | $4,129,551 | $0 | $0 |

## HIGHER EDUCATION POLICY COMMISSION
## HIGHER EDUCATION POLICY COMMISSION - ADMINISTRATION
### NATIONAL SCIENCE FOUNDATION

**Description:**

The National Science Foundation Program is designed to provide leadership and ensure the vitality of the nation's science, mathematics, engineering, and technology education from K-16 and through graduate levels.

**Grantor:** National Science Foundation

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8839 | 2017 | 0441 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 47.081 | $4,595,029 | $5,000,000 | $5,000,000 |

## HIGHER EDUCATION POLICY COMMISSION
## HIGHER EDUCATION POLICY COMMISSION - ADMINISTRATION
### TITLE IIA, TEACHER AND PRINCIPAL TRAINING AND RECRUITING

**Description:**

To develop highly qualified teachers and principals through professional development activities conducted under a partnership of higher education institutions and local school districts.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8839 | 2017 | 0441 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.367 | $532,898 | $540,000 | $540,000 |

State of West Virginia - FY 2017 Federal Programs                                                                    157

**HIGHER EDUCATION POLICY COMMISSION**
**HIGHER EDUCATION POLICY COMMISSION - ADMINISTRATION**
### VETERANS STATE APPROVING AGENCY

**Description:**

To approve and supervise educational and training programs in accordance with Title 39, U.S. Code, so veterans and other eligible persons may receive educational benefits (G.I Bill or Veteran's Education Assistance Program). The approval includes degree and noncollege degree programs at all institutions of higher learning, other postsecondary training facilities, hospital/medical programs, and on-the-job or apprenticeship training programs at employer's facilities throughout West Virginia.

**Grantor:**  U.S. Department of Veterans Affairs

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8839 | 2017 | 0441 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 64.124 | $112,755 | $159,381 | $159,381 |

**HIGHER EDUCATION POLICY COMMISSION**
**HIGHER EDUCATION POLICY COMMISSION - ADMINISTRATION**
### WV GEAR UP PROJECT

**Description:**

To provide early intervention for a 7th grade cohort which will be followed each year of the grant with a priority student approach focusing on outreach and intervention for 11th and 12th grade need-based students during each year of the grant.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8839 | 2017 | 0441 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 50% | 50% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.334 | $2,476,900 | $4,851,919 | $4,900,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA UNIVERSITY**
### ANIMAL HEALTH AND DISEASE RESEARCH

**Description:**

To support animal health and disease research at eligible schools and colleges of Veterinary Medicine and State Agricultural Experiment Stations.

**Grantor:**  U.S. Department of Agriculture

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8761 | 2017 | 0463 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 10.207 | $13,366 | $13,433 | $13,500 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA UNIVERSITY**

## COOPERATIVE EXTENSION SERVICE

**Description:**

To help people improve their lives and communities through an educational process that uses scientific knowledge focused on issues critical to the economic, agricultural, societal, health/safety, and environmental progress of all Americans. Identify and solve their farm, home, and community problems through the practical application of research findings of USDA and the land-grant colleges and universities.

**Grantor:**  U.S. Department of Agriculture

**Is "Maintenance of Effort" required?** No

|                        | Fund | Fiscal Year | Organization |
|------------------------|------|-------------|--------------|
| **Financial Information** | 8761 | 2017 | 0463 |

|                     | Federal | State | Local |
|---------------------|---------|-------|-------|
| **Matching Formula** | 50% | 50% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 10.500 | $5,984,871 | $8,064,081 | $8,084,376 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA UNIVERSITY**

## COOPERATIVE FORESTRY RESEARCH

**Description:**

The purpose of this funding is to increase forestry research in the production, utilization, and protection of forestland; to train forestry scientists; and to involve other disciplines in forestry research.

**Grantor:**  U.S. Department of Agriculture

**Is "Maintenance of Effort" required?** No

|                        | Fund | Fiscal Year | Organization |
|------------------------|------|-------------|--------------|
| **Financial Information** | 8761 | 2017 | 0463 |

|                     | Federal | State | Local |
|---------------------|---------|-------|-------|
| **Matching Formula** | 50% | 50% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 10.202 | $879,037 | $896,018 | $907,168 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA UNIVERSITY**

## FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|                        | Fund | Fiscal Year | Organization |
|------------------------|------|-------------|--------------|
| **Financial Information** | 8761 | 2017 | 0463 |

|                     | Federal | State | Local |
|---------------------|---------|-------|-------|
| **Matching Formula** | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 84.033 | $1,489,703 | $2,216,333 | $2,210,911 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA UNIVERSITY**
### PAYMENTS TO AGRICULTURAL EXPERIMENT STATIONS UNDER THE HATCH

**Description:**

To support agricultural research at State Agricultural Experiment Stations by promoting efficient production, marketing, distribution, and utilization of products of the farm as essential to the health and welfare of people and to promote a sound and prosperous agricultural and rural life.

**Grantor:** U.S. Department of Agriculture

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8761 | 2017 | 0463 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 50% | 50% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 10.203 | $2,815,507 | $4,810,135 | $4,784,045 |

**HIGHER EDUCATION POLICY COMMISSION**
**MARSHALL UNIVERSITY**

### ADMINISTRATIVE ALLOWANCE

**Description:**

These funds are provided by the U.S. Department of Education to be used to ease the administrative burden of postsecondary institutions that distribute financial aid programs such as Perkins, Supplemental Educational Opportunity Grant (SEOG), and College Work Study to their students.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8764 | 2017 | 0471 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.063 | $21,325 | $21,500 | $22,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**MARSHALL UNIVERSITY**

### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8764 | 2017 | 0471 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $454,200 | $519,471 | $519,471 |

**HIGHER EDUCATION POLICY COMMISSION**
**MARSHALL UNIVERSITY**

## VETERANS CERTIFICATION

**Description:**

Funds are to be used for the purpose of defraying costs associated with the certification of veterans.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8764 | 2017 | 0471 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 63.415 | $4,207 | $4,499 | $2,500 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA SCHOOL OF OSTEOPATHIC MEDICINE**

## DEPT OF HEALTH AND HUMAN SERVICES

**Description:**

Cellular expression and regulation of interleukin-27 in the neonatal immune system.

**Grantor:** U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8766 | 2017 | 0476 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 93.855 | $62,608 | $80,392 | $0 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA SCHOOL OF OSTEOPATHIC MEDICINE**

## FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8766 | 2017 | 0476 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $81,640 | $125,000 | $125,000 |

State of West Virginia - FY 2017 Federal Programs · 161

**HIGHER EDUCATION POLICY COMMISSION**
**BLUEFIELD STATE COLLEGE**

### APPALACHIAN REGIONAL COMMISSION

**Description:**

Appalachian Higher Education Network provides programmatic/technical assistance to coordinate start-up activities of the new and existing, as well as projected, Appalachian Higher Education Network Centers in the Appalachian region.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8767 | 2017 | 0482 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.066A | $15,461 | $12,000 | $12,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**BLUEFIELD STATE COLLEGE**

### EDUCATIONAL OPPORTUNITY CENTER

**Description:**

The Educational Opportunity Center (EOC) provides educational opportunity for all Americans, regardless of race, ethnic background, or economic circumstances. It helps students overcome economic, class, social, and cultural barriers to higher education.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8767 | 2017 | 0482 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.066A | $301,400 | $350,000 | $350,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**BLUEFIELD STATE COLLEGE**

### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8767 | 2017 | 0482 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $156,942 | $160,000 | $160,000 |

State of West Virginia - FY 2017 Federal Programs                                                                                    162

**HIGHER EDUCATION POLICY COMMISSION**
**BLUEFIELD STATE COLLEGE**

### STUDENT SUPPORT SERVICES PROGRAM

**Description:**

Student Support Services program provides opportunities for academic development, assists students with basic college requirements, and serves to motivate students toward the successful completion of their postsecondary education.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8767 | 2017 | 0482 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.042A | $288,101 | $340,000 | $340,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**BLUEFIELD STATE COLLEGE**

### TITLE III

**Description:**

Title III B funds are allocated to Historically Black Colleges and Universities (HBCU). Funds are utilized from technology support to professional development and currently employ estimated 23 employees. The goal in future years is to fund more facility projects and move employees from Title III to institutional funds.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8767 | 2017 | 0482 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.031B | $1,253,557 | $1,738,000 | $1,738,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**BLUEFIELD STATE COLLEGE**

### TITLE III SAFRA/INSTITUTIONAL AID

**Description:**

Title III Student Aid and Fiscal Responsibility Act (SAFRA) is a federal grant program to qualifying Historically Black Colleges and Universities to assist in academic and student affairs and improve operations for the year. The grant is appropriated year-to-year.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8767 | 2017 | 0482 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.031B | $710,000 | $800,000 | $800,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**CONCORD UNIVERSITY**

## FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:**  U.S. Department of Education - Federal Work Study Program

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8768 | 2017 | 0483 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $279,919 | $277,515 | $277,515 |

**HIGHER EDUCATION POLICY COMMISSION**
**CONCORD UNIVERSITY**

## RONALD E. MCNAIR POST-BACCALAUREATE ACHIEVEMENT

**Description:**

These funds are provided under the Higher Education Act of 1965 to be utilized in accordance with an annual plan for assisting disadvantaged low-income high school students in pursuing their postsecondary education.

**Grantor:**  U.S. Department of Education - Ronald McNair Grant

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8768 | 2017 | 0483 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.217A | $255,000 | $252,000 | $252,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**CONCORD UNIVERSITY**

## STUDENT SUPPORT SERVICES PROGRAM

**Description:**

These funds are provided under the Higher Education Act of 1965 to be utilized in accordance with an annual plan for assisting disadvantaged low-income high school students in pursuing their postsecondary education. This program provides tutoring and other assistance.

**Grantor:**  U.S. Department of Education - Student Support Program

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8768 | 2017 | 0483 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.042 | $316,337 | $278,804 | $278,804 |

**HIGHER EDUCATION POLICY COMMISSION**
**CONCORD UNIVERSITY**

### UPWARD BOUND

**Description:**

These funds are provided under the Higher Education Act of 1965 to be utilized in accordance with an annual plan for assisting disadvantaged low-income students in pursuing their postsecondary education.

**Grantor:**  U.S. Department of Education - Upward Bound

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8768 | 2017 | 0483 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.047 | $616,564 | $640,888 | $640,888 |

**HIGHER EDUCATION POLICY COMMISSION**
**FAIRMONT STATE UNIVERSITY**

### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8769 | 2017 | 0484 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $183,842 | $200,000 | $200,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**FAIRMONT STATE UNIVERSITY**

### NASA EXPLORING THE UNIVERSE

**Description:**

Training, educational, and cooperative grant supplement.

**Grantor:**  National Aeronautics and Space Administration

**Is "Maintenance of Effort" required?** Yes

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8769 | 2017 | 0484 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 43.001 | $294,238 | $375,000 | $375,000 |

**Comments:**

MOE includes 100% of Program Manager, Secondary Education Specialist, Elementary Education Specialist, and Student Outreach Specialist.

**HIGHER EDUCATION POLICY COMMISSION**
**FAIRMONT STATE UNIVERSITY**

### NEW GRANT FUNDS

**Description:**

Fairmont State University has applied for new federal grant funding for the next two years. These are pending grant proposals in review stage. Award decisions have not yet been provided by the granting agencies.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8769 | 2017 | 0484 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| N/A | $0 | $3,717,661 | $3,703,661 |

**HIGHER EDUCATION POLICY COMMISSION**
**FAIRMONT STATE UNIVERSITY**

### STRENGTHENING INSTITUTIONS TITLE III GRANT

**Description:**

Revitalizing curricula as experiential, collaborative, and technology rich.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** Yes

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8769 | 2017 | 0484 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.031 | $404,768 | $400,000 | $400,000 |

**Comments:**

MOE includes 50% of Project Manager and 100% of STEM Learning Coordinator and Business Learning Coordinator.

**HIGHER EDUCATION POLICY COMMISSION**
**FAIRMONT STATE UNIVERSITY**

### WV IDEA NETWORK OF BIOMEDICAL RESEARCH EXCELLENCE (WVINBRE)

**Description:**

Funding to support biomedical research projects to be carried out at West Virginia IDeA Network of Biomedical Research Excellence network institutions.

**Grantor:** U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8769 | 2017 | 0484 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 93.389 | $9,219 | $7,339 | $0 |

**HIGHER EDUCATION POLICY COMMISSION**
**FAIRMONT STATE UNIVERSITY**
### WV INTERCOLLEGE COUNCIL AGAINST SEXUAL VIOLENCE

**Description:**

Consortium Grant subawarded to Foundation for Rape Information and Services (FRIS) who will train Higher Education grant partners how to reduce domestic violence, dating violence, sexual assault, and stalking on campus.

**Grantor:** U.S. Department of Justice

**Is "Maintenance of Effort" required?** Yes

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8769 | 2017 | 0484 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 16.525 | $141,959 | $50,000 | $0 |

**Comments:**

Grant Administrator provided by Fairmont State University (FSU). Department of Public Safety will dedicate 10% MOE, FRIS will dedicate Project Coordinator 100% MOE, State Coordinator 15% MOE, and Finance Coordinator 10% MOE.

---

**HIGHER EDUCATION POLICY COMMISSION**
**GLENVILLE STATE COLLEGE**
### CAPACITY FOR BUILDING NON-LAND GRANT COLLEGES IN AGRICULTURE

**Description:**

National Institute for Food and Agriculture grant for the building of non-land grant colleges of agriculture.

**Grantor:** U.S. Department of Agriculture

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8770 | 2017 | 0485 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 10.326 | $33,845 | $57,000 | $57,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**GLENVILLE STATE COLLEGE**
### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8770 | 2017 | 0485 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $105,666 | $110,000 | $110,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**GLENVILLE STATE COLLEGE**

### TRIO - STUDENT SUPPORT SERVICES GRANT

**Description:**

Grant to develop programs that target first generation, low income college students to help ensure their academic success.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8770 | 2017 | 0485 |
| | **Federal** | **State** | **Local** |
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.044 | $161,132 | $276,299 | $276,299 |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

### ELEMENTARY WRITING PROJECT

**Description:**

To provide teachers with content knowledge and instructional strategies to improve the quality of teaching in grades 1 through 5.

**Grantor:**  U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8771 | 2017 | 0486 |
| | **Federal** | **State** | **Local** |
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.367B | $9,251 | $44,994 | $0 |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

### ERSCoR RII GRAVITATIONAL WAVE & APPALACHIAN FRESHWATER

**Description:**

Provide support for academic research and education in science and engineering.

**Grantor:**  National Science Foundation

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8771 | 2017 | 0486 |
| | **Federal** | **State** | **Local** |
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 47.079 | $0 | $17,489 | $20,189 |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8771 | 2017 | 0486 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 75% | 0% | 25% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $98,970 | $98,970 | $98,970 |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

### HUMAN SERVICES GRANT-TITLE IV-E

**Description:**

Funds to provide foster care training and adoption assistance.

**Grantor:** U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8771 | 2017 | 0486 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 93.658 | $172,123 | $201,000 | $200,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

### NURSE INTERPROFESSIONAL COLLABORATIVE PRACTICE

**Description:**

Nurse education, practice, quality and retention-Interprofessional Collaborative Practice

**Grantor:** U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8771 | 2017 | 0486 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 93.359 | $0 | $428,000 | $458,000 |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

## NURSING WORKFORCE DIVERSITY

**Description:**

The intent is to increase the diversity of the faculty in the Department of Nursing Education and the students that enroll and graduate as nurses from the Department of Nursing Education.

**Grantor:**  U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

|                       | Fund    | Fiscal Year | Organization |
|-----------------------|---------|-------------|--------------|
| **Financial Information** | 8771    | 2017        | 0486         |

|                      | Federal | State | Local |
|----------------------|---------|-------|-------|
| **Matching Formula** | 100%    | 0%    | 0%    |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 93.178                 | $23,510                 | $0                         | $0                         |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

## SCHOLARSHIPS IN STEM

**Description:**

S-STEM Scholars program to support enrollment, retention, graduation, and career or graduate school preparation majoring in a S-STEM degree program.

**Grantor:**  National Science Foundation

**Is "Maintenance of Effort" required?** No

|                       | Fund    | Fiscal Year | Organization |
|-----------------------|---------|-------------|--------------|
| **Financial Information** | 8771    | 2017        | 0486         |

|                      | Federal | State | Local |
|----------------------|---------|-------|-------|
| **Matching Formula** | 100%    | 0%    | 0%    |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 47.076                 | $117,057                | $128,000                   | $158,000                   |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

## TRIO

**Description:**

To provide student support services to low-income, first generation and/or students with disabilities.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|                       | Fund    | Fiscal Year | Organization |
|-----------------------|---------|-------------|--------------|
| **Financial Information** | 8771    | 2017        | 0486         |

|                      | Federal | State | Local |
|----------------------|---------|-------|-------|
| **Matching Formula** | 100%    | 0%    | 0%    |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|------------------------|-------------------------|----------------------------|----------------------------|
| 84.042A                | $0                      | $202,000                   | $208,001                   |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

### TRIO-STUDENT SUPPORT

**Description:**

Student Support Services grant for low-income, first-generation, and/or students with disabilities.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8771 | 2017 | 0486 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.042A | $208,183 | $44,205 | $0 |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

### VOICES FROM THE MISTY MOUNTAINS

**Description:**

Seminar for school teachers on Appalachia's literary and cultural heritage.

**Grantor:**  National Endowment for the Humanities

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8771 | 2017 | 0486 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 45.163 | $0 | $18,000 | $100,868 |

**HIGHER EDUCATION POLICY COMMISSION**
**SHEPHERD UNIVERSITY**

### WV-INBRE STABILITY ANALYSIS

**Description:**

Provide environment for exposure to biomedical research projects.

**Grantor:**  U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8771 | 2017 | 0486 |

| | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 93.389 | $108,360 | $88,021 | $0 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST LIBERTY UNIVERSITY**

## FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:** U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8773 | 2017 | 0488 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 75% | 25% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $135,475 | $153,000 | $153,000 |


**HIGHER EDUCATION POLICY COMMISSION**
**WEST LIBERTY UNIVERSITY**

## MONONGAHELA NATIONAL FOREST

**Description:**

Identifying new species of crayfish.

**Grantor:** U.S. Department of Agriculture

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8773 | 2017 | 0488 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.002 | $2,500 | $0 | $0 |


**HIGHER EDUCATION POLICY COMMISSION**
**WEST LIBERTY UNIVERSITY**

## NIAID RESEARCH SCHOLAR DEVELOPMENT AWARD

**Description:**

Federal funds awarded to study the francisella tularensis invasion of human erythrocytes.

**Grantor:** U.S. Department of Health and Human Services

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8773 | 2017 | 0488 |

|  | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 93.855 | $77,186 | $0 | $0 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA STATE UNIVERSITY**

### DISABLED VETERANS OUTREACH PROGRAM

**Description:**

Operating budget for all veterans enrolled at the institution.

**Grantor:**  U.S. Department of Labor

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8775 | 2017 | 0490 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 17.801 | $1,008 | $2,500 | $2,500 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA STATE UNIVERSITY**

### FEDERAL COLLEGE WORK STUDY

**Description:**

Funds to postsecondary education students who are willing to work part-time for their financial aid in order to attend college. A financial need must be shown by each student before aid is awarded.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8775 | 2017 | 0490 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.033 | $163,950 | $218,233 | $218,233 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA STATE UNIVERSITY**

### NATIONAL SCIENCE FOUNDATION

**Description:**

To provide leadership and ensure the vitality of science, technology, engineering and mathematics (STEM) education.

**Grantor:**  National Science Foundation

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8775 | 2017 | 0490 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 47.076 | $38,797 | $49,660 | $48,189 |

**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA STATE UNIVERSITY**

### TRIO - STUDENT SUPPORT SERVICES

**Description:**

The program is designed to generate the skills and motivation needed to remain in college for high school students.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8775 | 2017 | 0490 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.042 | $277,808 | $284,754 | $284,754 |


**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA STATE UNIVERSITY**

### TRIO - UPWARD BOUND

**Description:**

This program is designed to generate interest in high school students who are first generation college bound.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8775 | 2017 | 0490 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.047 | $425,555 | $494,779 | $494,779 |


**HIGHER EDUCATION POLICY COMMISSION**
**WEST VIRGINIA STATE UNIVERSITY**

### UPWARD BOUND MATH AND SCIENCE GRANT

**Description:**

This program is designed to generate interest in math and science for high school students who are first generation college bound.

**Grantor:**  U.S. Department of Education

**Is "Maintenance of Effort" required?** No

| Financial Information | Fund | Fiscal Year | Organization |
|---|---|---|---|
| | 8775 | 2017 | 0490 |

| Matching Formula | Federal | State | Local |
|---|---|---|---|
| | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 84.047 | $233,427 | $250,000 | $250,000 |

**MISCELLANEOUS**
**PUBLIC SERVICE COMMISSION**
### FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION PROGRAM (FMCSAP)

**Description:**

To provide inspections of commercial motor vehicles to assure they meet federal safety standards.

**Grantor:**  U.S. Department of Transportation

**Is "Maintenance of Effort" required?** Yes

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8743 | 2017 | 0926 |

| | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 80% | 20% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 54.207 | $1,604,389 | $2,000,000 | $2,000,000 |

**Comments:**

Grant has mandatory $359,621.50 state funding clause before being eligible for any federal funds.

---

**MISCELLANEOUS**
**PUBLIC SERVICE COMMISSION**

### GAS PIPELINE SAFETY

**Description:**

This is an ongoing program for the purpose of monitoring the compliance of gas operations with respect to federal and state regulations pertaining to gas pipelines.

**Grantor:**  U.S. Department of Transportation - Office of Pipeline Safety

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8744 | 2017 | 0926 |

| | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 50% | 50% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 54.205 | $0 | $300,000 | $400,000 |

---

**MISCELLANEOUS**
**NATIONAL COAL HERITAGE AREA AUTHORITY**

### NATIONAL COAL HERITAGE AREA

**Description:**

The funds are used to develop and promote the coal heritage of twelve southern West Virginia counties and two watersheds to increase heritage tourism as an economic development strategy.

**Grantor:**  U.S. Department of the Interior

**Is "Maintenance of Effort" required?** No

| | Fund | Fiscal Year | Organization |
|---|---|---|---|
| Financial Information | 8869 | 2017 | 0941 |

| | Federal | State | Local |
|---|---|---|---|
| Matching Formula | 50% | 50% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| N/A | $322,153 | $800,000 | $800,000 |

State of West Virginia - FY 2017 Federal Programs                                                                                    175

**MISCELLANEOUS**
**COAL HERITAGE HIGHWAY AUTHORITY**
**VOLUNTEERS IN SERVICE TO AMERICA (VISTA) MANAGEMENT**

**Description:**
Used to supervise and train up to 25 standard placement and 10 cost share VISTA volunteers in Southern West Virginia.

**Grantor:**  Corporation for National and Community Service

**Is "Maintenance of Effort" required?** No

|  | Fund | Fiscal Year | Organization |
|---|---|---|---|
| **Financial Information** | 8861 | 2017 | 0942 |

|  | Federal | State | Local |
|---|---|---|---|
| **Matching Formula** | 100% | 0% | 0% |

| Federal Catalog Number | Actual Receipts FY 2015 | Estimated Receipts FY 2016 | Estimated Receipts FY 2017 |
|---|---|---|---|
| 94.013 | $29,647 | $0 | $0 |