# EXHIBIT G



USDA United States Department of Agriculture | National Institute of Food and Agriculture

# NIFA LAND-GRANT COLLEGES AND UNIVERSITIES

* Central State University (CSU), in Ohio, has been designated as an 1890 LGU. Under the law, CSU will be eligible to receive certain capacity funds in October 2014 and others in fiscal year 2016.

** College of the Muscogee Nation and Keweenaw Bay Ojibwa Community College are designated as 1994 LGUs and will be eligible to receive capacity funds in October 2014.

# NIFA LAND-GRANT COLLEGES AND UNIVERSITIES (1862, 1890, AND 1994)

### ALABAMA
Alabama A&M University, *Normal*
Auburn University, *Auburn*
Tuskegee University, *Tuskegee*

### ALASKA
Ilisagvik College, *Barrow*
University of Alaska, *Fairbanks*

### AMERICAN SAMOA
American Samoa Community College, *Pago Pago*

### ARIZONA
Diné College, *Tsaile*
University of Arizona, *Tucson*
Tohono O'Odham Community College, *Sells*

### ARKANSAS
University of Arkansas, *Fayetteville*
University of Arkansas at Pine Bluff, *Pine Bluff*

### CALIFORNIA
D-Q University, *(Davis vicinity)*
University of California System-Oakland as Headquarters, *Oakland*

### COLORADO
Colorado State University, *Fort Collins*

### CONNECTICUT
University of Connecticut, *Storrs*

### DELAWARE
Delaware State University, *Dover*
University of Delaware, *Newark*

### DISTRICT OF COLUMBIA
University of the District of Columbia, *Washington*

### FLORIDA
Florida A&M University, *Tallahassee*
University of Florida, *Gainesville*

### GEORGIA
Fort Valley State University, *Fort Valley*
University of Georgia, *Athens*

### GUAM
University of Guam, *Mangilao*

### HAWAII
University of Hawaii, *Honolulu*

### IDAHO
University of Idaho, *Moscow*

### ILLINOIS
University of Illinois, *Urbana*

### INDIANA
Purdue University, *West Lafayette*

### IOWA
Iowa State University, *Ames*

### KANSAS
Haskell Indian Nations University, *Lawrence*
Kansas State University, *Manhattan*

### KENTUCKY
Kentucky State University, *Frankfort*
University of Kentucky, *Lexington*

### LOUISIANA
Louisiana State University, *Baton Rouge*
Southern University and A&M College, *Baton Rouge*

### MAINE
University of Maine, *Orono*

### MARYLAND
University of Maryland, *College Park*
University of Maryland Eastern Shore, *Princess Anne*

### MASSACHUSETTS
University of Massachusetts, *Amherst*

### MICHIGAN
Bay Mills Community College, *Brimely*
Keweenaw Bay Ojibwa Community College, *Baraga*
Michigan State University, *East Lansing*
Saginaw Chippewa Tribal College, *Mount Pleasant*

### MICRONESIA
College of Micronesia, *Kolonia, Pohnpei*

### MINNESOTA
Fond du Lac Tribal & Community College, *Cloquet*
Leech Lake Tribal College, *Cass Lake*
University of Minnesota, *St. Paul*
White Earth Tribal and Community College, *Mahnomen*

### MISSISSIPPI
Alcorn State University, *Lorman*
Mississippi State University, *Starkville*

### MISSOURI
Lincoln University, *Jefferson City*
University of Missouri, *Columbia*

### MONTANA
Blackfeet Community College, *Browning*
Chief Dull Knife College, *Lame Deer*
Aaniiih Nakoda College, *Harlem*
Fort Peck Community College, *Poplar*
Little Big Horn College, *Crow Agency*
Montana State University, *Bozeman*
Salish Kootenai College, *Pablo*
Stone Child College, *Box Elder*

### NEBRASKA
Little Priest Tribal College, *Winnebago*
Nebraska Indian Community College, *Winnebago*
University of Nebraska, *Lincoln*

### NEVADA
University of Nevada, *Reno*

### NEW HAMPSHIRE
University of New Hampshire, *Durham*

### NEW JERSEY
Rutgers University, *New Brunswick*

### NEW MEXICO
Navajo Technical College, *Crownpoint*
Institute of American Indian and Alaska Native Culture and Arts Development, *Sante Fe*
New Mexico State University, *Las Cruces*
Southwestern Indian Polytechnic Institute, *Albuquerque*

### NEW YORK
Cornell University, *Ithaca*

### NORTH CAROLINA
North Carolina A&T State University, *Greensboro*
North Carolina State University, *Raleigh*

### NORTH DAKOTA
Fort Berthold Community College, *New Town*
Cankdeska Cikana Community College, *Fort Totten*
North Dakota State University, *Fargo*
Sitting Bull College, *Fort Yates*
Turtle Mountain Community College, *Belcourt*
United Tribes Technical College, *Bismarck*

### NORTHERN MARIANAS
Northern Marianas College, *Saipan, CM*

### OHIO
Central State University, *Wilberforce*
Ohio State University, *Columbus*

### OKLAHOMA
College of the Muscogee Nation, *Okmulgee*
Langston University, *Langston*
Oklahoma State University, *Stillwater*

### OREGON
Oregon State University, *Corvallis*

### PENNSYLVANIA
Pennsylvania State University, *University Park*

### PUERTO RICO
University of Puerto Rico, *Mayaguez*

### RHODE ISLAND
University of Rhode Island, *Kingston*

### SOUTH CAROLINA
Clemson University, *Clemson*
South Carolina State sUniversity, *Orangeburg*

### SOUTH DAKOTA
Oglala Lakota College, *Kyle*
Si Tanka/Huron University, *Eagle Butte*
Sinte Gleska University, *Rosebud*
Sisseton Wahpeton College, *Sisseton*
South Dakota State University, *Brookings*

### TENNESSEE
Tennessee State University, *Nashville*
University of Tennessee, *Knoxville*

### TEXAS
Prairie View A&M University, *Prairie View*
Texas A&M University, *College Station*

### UTAH
Utah State University, *Logan*

### VERMONT
University of Vermont, *Burlington*

### VIRGIN ISLANDS
University of the Virgin Islands, *St. Croix*

### VIRGINIA
Virginia Tech, *Blacksburg*
Virginia State University, *Petersburg*

### WASHINGTON
Northwest Indian College, *Bellingham*
Washington State University, *Pullman*

### WEST VIRGINIA
West Virginia State University, *Institute*
West Virginia University, *Morgantown*

### WISCONSIN
College of Menominee Nation, *Keshena*
Lac Courte Oreilles Ojibwa, Community College, *Hayward*
University of Wisconsin, *Madison*

### WYOMING
University of Wyoming *Laramie, WY*

USDA is an equal opportunity provider and employer | June 2014