IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

WEST VIRGINIA STATE
UNIVERSITY BOARD OF GOVERNORS
for and on behalf of West Virginia State
University,

    Plaintiff,

v.

THE DOW CHEMICAL COMPANY;
UNION CARBIDE CORPORATION;
BAYER CORPORATION;
BAYER CROPSCIENCE LP;
BAYER CROPSCIENCE HOLDING INC;
RHONE-POULENC INC.;
RHONE-POULENC AG COMPANY;
RHONE-POULENC AG COMPANY, INC.; and
AVENTIS CROPSCIENCE USA LP,

    Defendants.

Case No.: 2:17-cv-03558
Hon. John T. Copenhaver, Jr.

## JOINT MOTION ON SCHEDULING

NOW COME all parties, by counsel, and respectfully submit this agreed motion on scheduling. The motion addresses the briefing schedule for the motion to dismiss as well as the schedule for Rule 26(a) and (f) events.

1. At present, pertinent case deadlines are as follows:

   a. September 13, 2017: Last date for Rule 26(f) meeting.

   b. September 18, 2017: Last day for Plaintiff to respond to motion to dismiss.

   c. September 20, 2017: Last day to file Report of Parties' Planning Meeting.

   d. September 25, 2017: Last day for Defendants to file reply, if any, in support of motion to dismiss.

   e. September 29, 2017: Scheduling conference.

    f. October 4, 2017: Entry of scheduling order.

    g. October 13, 2017: Last day to serve Rule 26(a)(1) disclosures.

 2. With regard to the briefing schedule for the motion to dismiss, the parties have conferred and agree that additional time is appropriate for both sides. The case involves numerous causes of action and numerous asserted grounds for dismissal. The parties agree that additional time is required to properly brief their respective positions.

 3. With regard to the schedule for Rule 26(a) and (f) events, the parties agree that additional time is appropriate, among other reasons, so that they can fully brief the motion to dismiss before turning their full attention to finalizing their initial disclosures.

 4. Accordingly, the parties move the Court to order the following schedule:

    a. October 4, 2017: Last day for Rule 26(f) meeting.

    b. October 9, 2017: Last day for Plaintiff to respond to motion to dismiss.

    c. October 11, 2017: Last day to file Report of Parties' Planning Meeting.

    d. October 30, 2017: Last day for Defendants to file reply, if any, in support of motion to dismiss.

    e. November 6, 2017: Last day to serve Rule 26(a)(1) disclosures.

    f. Week of November 6, or as soon thereafter as practicable: Scheduling conference, if one is needed.

    g. Seven days after scheduling conference: Entry of scheduling order.

 5. The parties further state that Defendants do not object to extending the page limit for Plaintiff's response to the motion to dismiss to 40 pages and Plaintiff does not object to extending the page limit for Defendants' reply in support of the motion to dismiss to 30 pages.

Respectfully submitted,

By Counsel.

/s/ Steven R. Ruby
Brian A. Glasser (WVSB #6597)
Samuel A. Hrko (WVSB #7727)
Steven R. Ruby (WVSB #10752)
Sharon F. Iskra (WVSB #6582)
Bailey & Glasser LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*
*Counsel for West Virginia State University Board of Governors, for and on behalf of West Virginia State University*

/s/ Joseph M. Price
Joseph M. Price (WV Bar #2981)
Stephen F. Gandee (WV Bar #5204)
Robinson & McElwee, PLLC
700 Virginia Street, East, Suite 400
Charleston, West Virginia 25301
jmp@ramlaw.com
sfg@ramlaw.com
*Counsel for Bayer Corporation, Bayer CropScience LP, Bayer CropScience Holding, Inc., Rhone-Poulenc, Inc., Rhone-Poulenc AG Company, Rhone-Poulenc AG Company, Inc. and Aventis Corporation USA LP*

/s/Patricia M. Bello
R. Scott Masterson (WV Bar #10730)
Matthew A. Nelson (WV Bar #9421)
Patricia M. Bello (WV Bar #11500)
LEWIS BRISBOIS BISGAARD & SMITH LLC
222 Capitol Street, Fifth Floor
Charleston, West Virginia 25301
(304) 553-0166
Scott.masterson@lewisbrisbois.com
Matt.nelson@lewisbrisbois.com
Patricia.bello@lewisbrisbois.com
*Counsel for Union Carbide Corporation*

/s/ David R. Pogue
Michael W. Carey (WV Bar #635)
David R. Pogue (WV Bar #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
(304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com

/s/Floyd E. Boone, Jr.
Floyd E. Boone Jr. (WV Bar #8784)
Thomas A. Heywood (WV Bar #1703)
Roger G. Hanshaw (WV Bar #11968)
Bowles Rice, LLP
600 Quarrier Street
Charleston, WV 25301
(304)347-1733
fboone@bowlesrice.com
theywood@bowlesrice.com
rhanshaw@bowlesrice.com
*Counsel for Union Carbide Corporation*

and

Douglas J. Kurtenbach, P.C. (*pro hac vice*)
Douglas G. Smith, P.C. (*pro hac vice*)
Scott A. McMillin, P.C. (*pro hac vice*)
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
douglas.kurtenbach@kirkland.com
douglas.smith@kirkland.com
scott.mcmillin@kirkland.com

*Counsel for The Dow Chemical Company*

## **CERTIFICATE OF SERVICE**

The undersigned counsel for the University hereby certifies that on this 14th day of September, 2017, a true and correct copy of the foregoing **Joint Motion on Scheduling** was electronically filed with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter and via United States Mail to the following non CM/ECF participants:

> Douglas J. Kurtenbach
> Douglas G. Smith
> Scott A. McMillin
> Kirkland & Ellis LLP
> 300 North LaSalle
> Chicago, IL 60654

*/s/ Steven R. Ruby*
Steven R. Ruby