# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/12/2018                                                                                                   Case Number 2:17-cv-03558
Case Style: West Virginia State University Board of Governors vs. The Dow Chemical Company
Type of hearing Scheduling Conference
Before the honorable: 2508-Copenhaver
Court Reporter                                                                                                    Courtroom Deputy
Attorney(s) for the Plaintiff or Government Samuel Hrko,Steven Ruby


Attorney(s) for the Defendant(s) Patricia Bello,Floyd Boone,Michael Carey,Stephen Gandee,Ronald Masterson,David Pogue,Douglas Smith

Law Clerk Caroline Kurtz                                                                                          Probation Officer

Trial Time


Non-Trial Time
Pretrial conference (including settlement and telephone conferences).


Court Time
1:40pm     to 2:15pm
Total Court Time: 0 Hours 35 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes
Parties met to discuss the status of the case and the schedule.