# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

WEST VIRGINIA STATE
UNIVERSITY BOARD OF GOVERNORS
for and on behalf of West Virginia State
University,

      Plaintiff,

v.

THE DOW CHEMICAL COMPANY;
UNION CARBIDE CORPORATION;
BAYER CORPORATION;
BAYER CROPSCIENCE LP;
BAYER CROPSCIENCE HOLDING INC;
RHONE-POULENC INC.;
RHONE-POULENC AG COMPANY;
RHONE-POULENC AG COMPANY, INC.; and
AVENTIS CROPSCIENCE USA LP,

      Defendants.

Case No.: 2:17-cv-03558
Hon. John T. Copenhaver, Jr.

## **NOTIFICATION OF JOINDER BY BAYER DEFENDANTS IN STIPULATIONS**

      Defendants Bayer Corporation, Bayer CropScience LP, Bayer CropScience Holding Inc, Rhone-Poulenc Inc., Rhone-Poulenc AG Company, Rhone-Poulenc AG Company, Inc., and Aventis CropScience USA LP, by and through the undersigned counsel, hereby join in the Joint Stipulation of Facts submitted to the Court on February 20, 2018, by The Board of Governors of West Virginia State University, The Dow Chemical Company, and Union Carbide Corporation. Defendants' joinder in the Joint Stipulation of Facts shall not be construed as a waiver or relinquishment of Defendants' right to assert any defense or affirmative matter in this action.

      /s/ Joseph M. Price
      Joseph M. Price, Esq. (WVSB #2981)
      Stephen F. Gandee, Esq. (WVSB #5204)
      Robinson & McElwee, PLLC
      700 Virginia Street, East, Suite 400
      Charleston, WV 25301

*Counsel for Bayer Corporation, Bayer CropScience LP, Bayer CropScience Holding Inc., Rhone-Poulenc, Inc., Rhone-Poulenc AG Company, Rhone-Poulenc AG Company, Inc., and Avenist CropScience USA, LP*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

WEST VIRGINIA STATE
UNIVERSITY BOARD OF GOVERNORS
for and on behalf of West Virginia State
University,

      Plaintiff,

v.

THE DOW CHEMICAL COMPANY;
UNION CARBIDE CORPORATION;
BAYER CORPORATION;
BAYER CROPSCIENCE LP;
BAYER CROPSCIENCE HOLDING INC;
RHONE-POULENC INC.;
RHONE-POULENC AG COMPANY;
RHONE-POULENC AG COMPANY, INC.; and
AVENTIS CROPSCIENCE USA LP,

      Defendants.

Case No.: 2:17-cv-03558
Hon. John T. Copenhaver, Jr.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of February, 2018, the foregoing **NOTIFICATION OF JOINDER BY BAYER DEFENDANTS IN STIPULATIONS** was electronically filed with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record, and constitutes service on:

      Brian A. Glasser, Esq.
      Samuel A. Hrko, Esq.
      Steven R. Ruby, Esq.
      Sharon F. Iskra, Esq.
      Bailey & Glasser LLP
      209 Capitol Street
      Charleston, WV 25301
        *Counsel for Plaintiff*

Michael W. Carey, Esq.
David R. Pogue, Esq.
Carey, Scott, Douglas & Kessler, PLLC
P. O. Box 913
Charleston, WV 25323
  *Counsel for The Dow Chemical Company*

Douglas J. Kurtenbach, P.C. (*pro hac vice*)
Douglas G. Smith, P.C. (*pro hac vice*)
Scott A. McMillin, P.C. (*pro hac vice*)
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654
  *Counsel for The Dow Chemical Company*

R. Scott Masterson (WV Bar #10730)
Matthew A. Nelson (WV Bar #9421)
Patricia M. Bello (WV Bar #11500)
LEWIS BRISBOIS BISGAARD & SMITH LLC
222 Capitol Street, Fifth Floor
Charleston, West Virginia 25301
  *Counsel for Union Carbide Corporation*

Floyd E. Boone Jr. (WV Bar #8784)
Thomas A. Heywood (WV Bar #1703)
Roger G. Hanshaw (WV Bar #11968)
Bowles Rice, LLP
600 Quarrier Street
Charleston, WV 25301
  *Counsel for Union Carbide Corporation*

    /s/ Joseph M. Price
Joseph M. Price, Esq. (WVSB #2981)
Stephen F. Gandee, Esq. (WVSB #5204)
Robinson & McElwee, PLLC
700 Virginia Street, East, Suite 400
Charleston, WV 25301
  *Counsel for Bayer Corporation, Bayer
  CropScience LP, Bayer CropScience Holding Inc.,
  Rhone-Poulenc, Inc., Rhone-Poulenc AG
  Company, Rhone-Poulenc AG Company, Inc., and
  Avenist CropScience USA, LP*