# UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| WEST VIRGINIA STATE UNIVERSITY BOARD OF GOVERNORS for and on behalf of West Virginia State University, <br><br> *Plaintiff*, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY; UNION CARBIDE CORPORATION; BAYER CORPORATION; BAYER CROPSCIENCE LP; BAYER CROPSCIENCE HOLDING INC.; RHONE-POULENC INC.; RHONE-POULENC AG COMPANY; RHONE-POULENC AG COMPANY, INC.; and AVENTIS CROPSCIENCE USA LP, <br><br> *Defendants*. | Case. No. 2:17-cv-03558 <br> Hon. John T. Copenhaver, Jr. |

## DEFENDANTS' SUPPLEMENTAL SUBMISSION
## REGARDING THE RCRA CORRECTIVE ACTION PERMIT

Defendants make this Supplemental Submission to inform the Court of the RCRA Corrective Action Permit issued on February 22, 2019, a copy of which is attached hereto as Exhibit A. As the documentation indicates, "The permit is based on the information submitted in the FDRTC, Final Decision, document issued by Environmental Protection Agency (EPA) on October 24, 2018," which defendants previously submitted to the Court (Harold Ward, cover letter (Feb. 22, 2019) at 1, Ex. A)[1] and "incorporate[s]" that EPA Final Remedy (RCRA

---

[1] Defendants previously submitted the EPA Statement of Basis (Dkt. 68) and the EPA's Final Decision (Dkt. 69).

4823-9336-9993.1

Corrective Action Permit § II, Ex. A). Now that the permit has issued, in the next stage of the ongoing regulatory process, defendant UCC will work with the EPA and WVDEP to develop a work plan to execute the final remedial measures the EPA approved in its Final Decision.

Dated: March 5, 2019.

/s/Patricia M. Bello
R. Scott Masterson (WV Bar #10730)
Matthew A. Nelson (WV Bar #9421)
Patricia M. Bello (WV Bar #11500)
LEWIS BRISBOIS BISGAARD & SMITH LLC
222 Capitol Street, Fifth Floor
Charleston, West Virginia 25301
(304) 553-0166
Scott.masterson@lewisbrisbois.com
Matt.nelson@lewisbrisbois.com
Patricia.bello@lewisbrisbois.com
*Counsel for Union Carbide Corporation*

/s/Floyd E. Boone, Jr.
Floyd E. Boone Jr. (WV Bar #8784)
Thomas A. Heywood (WV Bar #1703)
Roger G. Hanshaw (WV Bar #11968)
Bowles Rice, LLP
600 Quarrier Street
Charleston, WV 25301
(304)347-1733
fboone@bowlesrice.com
theywood@bowlesrice.com
rhanshaw@bowlesrice.com
*Counsel for Union Carbide Corporation*

/s/ David R. Pogue
Michael W. Carey (WV Bar #635)
David R. Pogue (WV Bar #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
(304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com

and

Douglas J. Kurtenbach, P.C. (*pro hac vice*)
Douglas G. Smith, P.C. (*pro hac vice*)
Scott A. McMillin, P.C. (*pro hac vice*)
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
douglas.kurtenbach@kirkland.com
douglas.smith@kirkland.com
scott.mcmillin@kirkland.com

*Counsel for The Dow Chemical Company*

4823-9336-9993.1

# UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| WEST VIRGINIA STATE UNIVERSITY BOARD OF GOVERNORS for and on behalf of West Virginia State University,<br><br>*Plaintiff,*<br><br>v.<br><br>THE DOW CHEMICAL COMPANY; UNION CARBIDE CORPORATION; BAYER CORPORATION; BAYER CROPSCIENCE LP; BAYER CROPSCIENCE HOLDING INC.; RHONE-POULENC INC.; RHONE-POULENC AG COMPANY; RHONE-POULENC AG COMPANY, INC.; and AVENTIS CROPSCIENCE USA LP,<br><br>*Defendants.* | Case. No. 2:17-CV-03558 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of March, 2019, the foregoing "DEFENDANTS' SUPPLEMENTAL SUBMISSION REGARDING THE RCRA CORRECTIVE ACTION PERMIT" was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to, and constitutes service on:

> Brian A. Glasser, Esquire
> Samuel A. Hrko, Esquire
> Steven R. Ruby, Esquire
> Sharon F. Iskra, Esquire
> Bailey & Glasser LLP
> 209 Capitol Street
> Charleston, WV 25301
> *Counsel for Plaintiff*

4823-9336-9993.1

Michael W. Carey (WV Bar #635)
David R. Pogue (WV Bar #10806)
Carey, Scott, Douglas & Kessler, PLLC
P.O. Box 913
Charleston, WV 25323
*Counsel for The Dow Chemical Company*

Joseph M. Price (WV Bar #2981)
Stephen F. Gandee (WV Bar #5204)
Robinson & McElwee PLLC
700 Virginia Street, East, Suite 400
Charleston, West Virginia 25301
*Counsel for Bayer Corporation, Bayer CropScience LP, BayerCropScience Holding, Inc., Rhone-Poulenc, Inc., Rhone-Poulenc AG Company, Rhone-Poulenc AG Company, Inc. and Aventis Corporation USA, LP*

/s/ Patricia M. Bello
Patricia M. Bello (WV Bar #11500)
LEWIS BRISBOIS BISGAARD & SMITH LLP
222 Capitol Street, Fifth Floor
Charleston, West Virginia 25301
(304) 553-0166
Patricia.bello@lewisbrisbois.com

4823-9336-9993.1