```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

WEST VIRGINIA STATE UNIVERSITY
BOARD OF GOVERNORS, for and on
behalf of West Virginia State
University,

       Plaintiff,

v.                        Civil Action No. 2:17-cv-3558

THE DOW CHEMICAL COMPANY, and
UNION CARBIDE CORPORATION, and
BAYER CORPORATION, and BAYER CROPSCIENCE
LP, and BAYER CROPSCIENCE HOLDING
INC., and RHONE-POULENC INC., and
RHONE-POULENC AG COMPANY, and
RHONE-POULENC AG COMPANY, INC., and
AVENTIS CROPSCIENCE USA LP,

       Defendants.

## JUDGMENT ORDER

In accordance with the court's memorandum opinion and order entered this same date granting plaintiff's motion to remand, it is ORDERED that this civil action be, and it hereby is, remanded to the Circuit Court of Kanawha County, West Virginia. It is further ORDERED that this action be, and it hereby is, stricken from the docket of the court.

2

The Clerk is requested to transmit this judgment order to all counsel of record and to the Circuit Court of Kanawha County, West Virginia.

ENTER: June 1, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge