FILED: January 10, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1712
(2:17-cv-03558)

_____

WEST VIRGINIA STATE UNIVERSITY BOARD OF GOVERNORS

    Plaintiff - Appellee

v.

THE DOW CHEMICAL COMPANY; UNION CARBIDE CORPORATION; BAYER CORPORATION; BAYER CROPSCIENCE LP; BAYER CROPSCIENCE HOLDING, INCORPORATED; RHONE-POULENC, INCORPORATED; RHONE-POULENC AG COMPANY; RHONE-POULENC AG COMPANY, INC.; AVENTIS CROPSCIENCE USA, LP

    Defendants - Appellants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                              /s/ PATRICIA S. CONNOR, CLERK